UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                           Case No.: 24-20190-EPK
**Joel Frederick Crosby,**                       Chapter 7

         **Debtor.**
_____/

## MOTION FOR RECONSIDERATION OF ORDER DISMISSING CHAPTER 7 CASE

     COMES NOW the Debtor, Joel Frederick Crosby, by and through his undersigned counsel, and hereby files this Motion for Reconsideration of Order Dismissing Case, Doc [11], and in support thereof, states as follows:

1. That the Debtor completed the required Credit Counseling course on September 24, 2024. A Certificate of Counseling was subsequently remitted to the undersigned counsel.

2. That the Debtor filed for Chapter 7 bankruptcy relief on September 30, 2024, and failed to comply with the Southern District's requirements for adequately submitting the Certificate of Counseling.

3. That a Notice of Incomplete Filings was submitted giving the Debtor until October 15, 2024, to correct the deficiency.

4. That due to power outages and distress caused by Hurricane Helene and Hurricane Milton, the undersigned counsel inadvertently failed to correct the deficiency prior to the deadline.

5. That the undersigned counsel has now implemented new office procedures to ensure that such deadlines are strictly adhered to moving forward.

     WHEREFORE, Debtor requests that this Honorable Court enter an Order Reinstating his Chapter 7 Case, reinstating the automatic stay, and allowing the Debtor the opportunity to submit his Certificate of Credit Counseling and cure all deficiencies, and that the Court reset this matter for the meeting of creditors.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided electronically via the Court's CM/ECF system, or via first class, postage-paid, U.S. mail to all parties listed on the Court's mailing matrix for this case on this 22nd day of October 2024.

*/s/ Nicole Carnero*
Nicole Carnero, Esq.
FL Bar No. 1033305
Law Offices of Robert M. Geller, P.A.
807 W. Azeele Street
Tampa, Florida 33606
813-807-3449
ncarnero@robertgellerlaw.com
Attorney for Debtor

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| IN RE: | CASE NO: 24-20190-EPK |
|---|---|
| JOEL FREDERICK CROSBY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 10/22/2024, I did cause a copy of the following documents, described below,

MOTION FOR RECONSIDERATION OF ORDER DISMISSING CHAPTER 7 CASE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/22/2024

/s/ Nicole Carnero
Nicole Carnero  1033305
Attorney for Debtor

807 W Azeele Street
Tampa, FL  33606
813 254 5696
sbroom@robertgellerlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JOEL FREDERICK CROSBY

CASE NO: 24-20190-EPK

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7

On 10/22/2024, a copy of the following documents, described below,

MOTION FOR RECONSIDERATION OF ORDER DISMISSING CHAPTER 7 CASE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/22/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nicole Carnero

807 W Azeele Street
Tampa, FL  33606

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                    EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING             (U)WEST PALM BEACH              CITIBANKTHE HOME DEPOT
NCRS ADDRESS DOWNLOAD                                                        CITICORP CR SRVSCENTRALIZED BANKRUPTCY
CASE 24-20190-EPK                                                            PO BOX 790040
SOUTHERN DISTRICT OF FLORIDA                                                 SAINT LOUIS  MO 63179-0040
TUE OCT 22 12-3-54 PST 2024


CITIBANKTHE HOME DEPOT                       CONNEXUSSOL                     MIDFLORIDA COMMUNITY CU
PO BOX 6497                                  426 17TH ST                     ATTN BANKRUPTCY
SIOUX FALLS  SD 57117-6497                   OAKLAND  CA 94612-2820          PO BOX 8008
                                                                             LAKELAND  FL 33802-8008


MIDFLORIDA COMMUNITY CU                      OFFICE OF THE US TRUSTEE        US SMALL BUSINESS ADMINISTRATION
PO BOX 8008                                  51 SW 1ST AVE                   14925 KINGSPORT ROAD
LAKELAND  FL 33802-8008                      SUITE 1204                      FORT WORTH  TX 76155-2243
                                             MIAMI  FL 33130-1614


                                                                             DEBTOR
US BANKRMS                                   US BANKRMS                      JOEL FREDERICK CROSBY
ATTN BANKRUPTCY                              SAINT LOUIS  MO 63166           4109 LOQUATE RD
PO BOX 5229                                                                  SEBRING  FL 33875-4884
CINCINNATI  OH 45201-5229


NICOLE CARNERO                               (P)NICOLE TEST MEHDIPOUR        ROBERT M GELLER
807 W AZEELE ST                              6278 NORTH FEDERAL HIGHWAY SUITE 408   LAW OFFICES OF ROBERT M GELLER  PA
TAMPA  FL 33606-2209                         FORT LAUDERDALE FL 33308-1916   807 W AZEELE STREET
                                                                             TAMPA  FL 33606-2209
```